444 F.2d 223
 UNITED STATES of America, Plaintiff-Appellee,
v.
Johnnie W. MULLINS, Jr., Defendant-Appellant.
 No. 31049 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 June 29, 1971, Rehearing Denied Sept. 8, 1971.
 
 William J. Gillespie, Gillespie & McClendon, Lubbock, Tex., for defendant-appellant.
 Eldon B. Mahon, U.S. Atty., W. E. Smith, Asst. U.S. Atty., Ft. Worth, Tex., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, John P. Burke, Richard B. Buhrman, Crombie J. D. Garrett, Attys., Dept. of Justice, Washington, D.C., for plaintiff-appellee.
 Appeal from United States District Court for the Northern District of Texas; Halbert O. Woodward, District Judge.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966